**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RICHARD L. SCHLATTER,** | ) | |
| | ) | **Case No. 3:06-CV-01564** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **Judge Ann Aldrich** |
| | ) | |
| **ROB JEFFRIES, Warden,** | ) | **Magistrate Judge** |
| | ) | **James S. Gallas** |
| Respondent. | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| | ) | |

In March, 2005, Richard L. Schlatter plead guilty to three counts of receiving stolen property and was subsequently sentenced to incarceration for three years. In June, 2006, Schlatter filed the instant petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 [Doc. 1]. The petition was referred to Magistrate Judge Gallas for a report and recommendation ("R&R"), which was filed on December 1, 2009 [Doc. 12]. Magistrate Judge Gallas recommended that Schlatter's petition be denied.

Neither party has filed an objection to the R&R, waiving further review in this court of the R&R. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir.1995). Accordingly, this court adopts the R&R in its entirety, and for the reasons stated therein, denies Schlatter's petition for habeas corpus relief.

Because the parties have failed to file objections, they have waived their rights to appellate review. *Miller*, 50 F.3d at 380. Therefore, this order is final, but not appealable.

IT IS SO ORDERED.

                                                            */s/ Ann Aldrich*
                                                            ANN ALDRICH
                                                            UNITED STATES DISTRICT JUDGE

**Dated: January 8, 2009**